**RICK A. YARNALL**
**CHAPTER 13 BANKRUPTCY TRUSTEE**
701 Bridger Ave, Suite 820
Las Vegas, NV  89101
RAY13mail@LasVegas13.com
(702) 853-4500

E-FILED

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEVADA

| IN RE:<br><br>**JOHN D HILL**<br><br><br><br>Debtor(s). | Chapter 13<br>**BKS-09-12776-LBR**<br>**MOTION TO DISMISS FOR FAILURE TO MAKE PLAN PAYMENTS**<br><br>**MOTION TO DISMISS**<br>Hearing Date: June 10, 2010<br>Hearing Time: 2:00 PM |
|---|---|

    Comes now RICK A. YARNALL, Chapter 13 Bankruptcy Trustee in the above captioned bankruptcy case and for his motion states and alleges as follows:

    1.  Debtor(s) filed an Original Petition under Chapter 13, Title 11 of the United States Code on March 03, 2009.
    2.  Debtors Plan was confirmed by the Court on 12/28/2009.
    3.  The Trustee requests that this case be dismissed pursuant to 11 U.S.C. § 1307 for one or more of the following reasons, to wit:
(c)(6)  Material default by the debtor with respect to a term of a confirmed plan to wit:

- Failure to make plan payments

    The last payment by the debtor(s) was made on 04/07/2010 and the debtor(s) are $945.00 in default under the terms of the current plan. The Debtor remains responsible for all payments that become due subsequent to the filing of the instant motion.  The Trustee requests an Order dismissing the case unless the debtor(s) **EITHER:**

        A.  cure the default **AND** remain current with all future payments coming due, **OR**
        B.  **file a Modified Plan by 06/03/2010**,

    WHEREFORE, the Trustee prays the Court issue an Order dismissing the within case for the

reasons as stated above and that expenses in the amount of $0.00 be allowed in this case.

                                                            /s/ RICK A YARNALL, TRUSTEE
                                                             Rick A. Yarnall
DATED: 5/7/2010                                  CHAPTER 13 BANKRUPTCY TRUSTEE
JCL