**Entered on Docket
June 15, 2010**

_____
**Hon. Linda B. Riegle
United States Bankruptcy Judge**
_____

**E-FILED JUNE 11, 2010**

Kevin Hahn
Nevada Bar No. 9821
MALCOLM ♦ CISNEROS, A Law Corporation
915 E. Bonneville Avenue
Las Vegas, NV 89101
(800) 741-8806 Phone
(949) 252-1032 Fax
kevin@mclaw.org

Attorneys for WELLS FARGO BANK, NA dba AMERICA'S SERVICING COMPANY

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| In re | ) Chapter 13 |
| | ) |
| JOHN D. HILL, | ) Case No. S-09-12776-LBR |
| | ) |
| Debtor, | ) Hearing Date: June 7, 2010 |
| | ) Hearing Time: 10:00 a.m. |
| | ) |
| | ) Location:   Foley Federal Building |
| | )                 Courtroom No. 1 |

**ORDER FOR RELIEF FROM THE AUTOMATIC STAY**

    The Motion for Relief from Automatic Stay of WELLS FARGO BANK, NA dba AMERICA'S SERVICING COMPANY came on regularly for hearing before this court on June 7, 2010, appearances as noted on the record. No timely opposition having been filed, the court being fully advised in the premises and good cause appearing:

    IT IS HEREBY ORDERED that the Motion for Relief from Automatic Stay be, and hereby is granted.

///

IT IS FURTHER ORDERED that all stay provisions are hereby terminated as to real property commonly known as 3949 Monthill Avenue, Las Vegas, NV 89121.

IT IS FURTHER ORDERED that WELLS FARGO BANK, NA dba AMERICA'S SERVICING COMPANY will provide Debtor with no less than seven (7) days notice of the date, time and place of foreclosure sale.

SUBMITTED BY:

/s/ *Kevin Hahn*
KEVIN HAHN
Nevada Bar No. 9821
915 E. Bonneville Avenue
Las Vegas, NV 89101
(800) 741-8806 Phone
Attorney for WELLS FARGO BANK, NA dba AMERICA'S SERVICING COMPANY

RULE 9021 CERTIFICATION

In accordance with Local Rule 9021, counsel for Movant certifies:

\_\_\_\_ The Court waived the requirement of approval under LR 9021.

_X_ This is a Chapter 7 or 13 case, I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond as indicated below:

RICK A. YARNALL, Trustee: _____

Approved_____        Disapproved_____        Failed to Respond \_\_\_X\_\_\_

\_\_\_\_ This is a Chapter 9, 11, or 15 case, I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond as indicated below:

\_\_\_\_ I certify that I have served a copy of this order with the motion, and no parties appeared or filed written objections.

###